IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA : | : | MAGISTRATE NO. |
| v. | : | VIOLATION:  2 U.S.C. § 192 |
| | : | (Criminal Contempt of Congress) |
| SCOTT J. BLOCH, | : | |
| | : | |
| Defendant. | : | |

### INFORMATION

The United States Attorney hereby informs the Court that:

### Background

1.At all times relevant to this Information, defendant SCOTT J. BLOCH was the Special Counsel to the United States Office of Special Counsel ("OSC").

2.On or about December 6, 2007, in the District of Columbia and elsewhere, the United States House of Representatives Committee on Oversight and Government Reform ("House Oversight Committee"), requested that defendant BLOCH provide a transcribed interview regarding his reported use of the private computer repair company Geeks On Call to delete files on OSC-issued computers in or about December of 2006 using a process known as a "seven level wipe."

3.Congress had the constitutional power to investigate and make inquiry regarding the matters referred to in paragraph 2.  Accordingly, the House Oversight Committee was duly empowered to conduct the investigation and the inquiry concerning defendant BLOCH's use of Geeks On Call to conduct "seven level wipes" on OSC-issued computers.

4.On or about March 4, 2008, defendant BLOCH submitted to an interview with the staff of the House Oversight Committee.

**Defendant BLOCH's Withholding of Pertinent Information from the Committee**

5. On or about March 4, 2008, in the District of Columbia and elsewhere, defendant BLOCH, having been requested by the House Oversight Committee to provide information upon a matter of pertinent inquiry before the Committee, unlawfully and willfully did make default by refusing and failing to state fully and completely the nature and extent of his instructions that Geeks On Call perform "seven level wipes" on his OSC-issued computers as well as the OSC-issued computers of two non-career OSC appointees in or about December of 2006.

6. In making statements and representations during his interview with the staff of the House Oversight Committee, defendant BLOCH unlawfully and willfully withheld pertinent information from the Committee.

    Respectfully submitted,

    RONALD C. MACHEN JR.
    UNITED STATES ATTORNEY
    D.C. BAR NUMBER 447-889
    555 4th Street, N.W., 5th Floor
    Washington, D.C. 20530
    (202) 514-6600

By: _____/s/_____
    GLENN S. LEON
    New York Bar
    Assistant United States Attorney
    Fraud and Public Corruption Section
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 305-0174
    Glenn.S.Leon@usdoj.gov

By: _____/s /_____
    JAMES MITZELFELD
    Assistant U.S. Attorney