# Katz, Marshall & Banks, LLP

**FILED**
JUL 23 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**FILED**
JUL 2010
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**RECEIVED**
JUL 21 2010
Chambers of
Magistrate Judge Robinson

By Hand-Delivery
July 20, 2010

10-215M-01

The Honorable Deborah A. Robinson
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re:  United States of America v. Scott J. Bloch, No. 10-mj-00215-DAR

LET THIS BE FILED
Deborah A. Robinson
U.S. Magistrate Judge 7/23/10

Dear Magistrate Judge Robinson:

To follow up on our letter of July 15, 2010, regarding the sentencing in the above-captioned case, while Katz, Marshall & Banks has represented the Human Rights Campaign and other organizations with respect to the Office of Personnel Management Inspector General's civil investigation of Mr. Bloch and the Office of Special Counsel, the Human Rights Campaign has asked that we inform you that our firm does not represent it with respect to Mr. Bloch's upcoming criminal sentencing. We regret our miscommunication regarding this matter, and apologize for any confusion.

Sincerely,

Debra S. Katz

Avi Kumin

cc:  Glenn S. Leon, Esq., U.S. Attorneys' Office for the District of Columbia
    William M. Sullivan, Esq., Winston & Strawn
    Kelly Kraemer-Soares, United States Probation Office

1718 Connecticut Avenue, NW ■ Sixth Floor ■ Washington, DC  20009 ■ www.kmblegal.com ■ (T) 202.299.1140 ■ (F) 202.299.1148

