UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate No. 10-0215 |
| v. | DAR |
| SCOTT J. BLOCH, | |
| Defendant. | |

FILED
SEP 07 2010
U.S. DISTRICT COURT

ORDER

The Clerk of the U.S. District & Bankruptcy Courts transmitted to the Chambers of the undersigned a document captioned "Notice of Appearance for Amici in Sentencing Hearing[.]" The undersigned has determined that the lawyer who submitted the notice is not a member in good standing of the Bar of this Court.

It is, therefore, this 7th day of September, 2010,

**ORDERED** that the Clerk shall neither file the "Notice of Appearance for Amici in Sentencing Hearing" nor permit the lawyer who filed it to enter his appearance; and it is

**FURTHER ORDERED** that the Clerk shall return the notice, accompanied by a copy of the instant Order, to the lawyer who submitted it.

_____/s/_____
DEBORAH A. ROBINSON
United States Magistrate Judge