August 20, 2010

United States Magistrate Judge
The Honorable Deborah A. Robinson
United States District Courthouse
District of Columbia, Court Room #4
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**RECEIVED** AUG 2 5 2010
Chambers of
Magistrate Judge Robinson

**FILED** SEP -7 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Case No.
10-215-M-01

<u>Victim Impact Statement - Scott J. Bloch Sentencing Hearing - Docket 610-CR.-215</u>

Dear Magistrate Judge Robinson:

The media reports that on September 8, 2010, you will be sentencing former Special Counsel, Scott J. Bloch, of the Office of Special Counsel ("OSC.") In this regard, I offer my victim impact statement, knowing that this statement is not confidential and my recommendations may receive consideration commensurate with the context of events, corroborated by my direct knowledge, professional record and clear and unequivocal evidence matched with the official public record.

Due to special and extraordinary circumstances, on behalf of many others and myself, I believe I have earned the right and have standing to present this statement with the expectation that the verified and egregious lawbreaking ignored and condoned by Mr. Bloch shall be received as relevant and appropriate by the court.

My name is Douglas Kinan. I am a former employee of the Defense Contract Management Agency, East ("DCMAE"), Boston, Massachusetts. I served as an Equal Employment Specialist ("EES,") GS-0260-12 and also held the collateral duty of Black Employment Program Manager[1] ("BEPM") for the DCMAE. I reported to the DCMAE Equal Employment Manager ("EEM"), Kim Appleton. My allegiance and loyalty to the Department of Defense, its mission, policies and objectives toward equal employment opportunity and the law was overruled by conduct, actions and behavior designed to permanently harm innocent citizens and waste tens, and perhaps hundreds of millions of taxpayer dollars.

I am a commissioned and sworn officer of the Massachusetts Trial Court. My current position is that of Assistant Deputy Register for the Family & Probate Court. I am responsible for assisting Members of the Massachusetts Bar and *pro se* litigants in navigating the complex court process and ensuring procedural sufficiency and accuracy of intake pleadings for five (5) probate court judges in matters of estates, trusts, probate of wills, paternity, divorce, annulment and equity complaints, general petitions, guardianships, conservatorships and other miscellaneous pleadings under the purview of Massachusetts

---

[1] As the BEPM for DCMA District East, my responsibility was to assist in the recruitment, selection and advancement of black employees, identify and resolve systematic inequities, identify underrepresentation of black employees and plan and develop special programs and observances which commemorate the achievements and contributions of black Americans. According to the DCMA policy I officially served as the agency "advocate" and was required to provide recommendations to the EEM/Command to resolve problem areas and remove barriers restricting equal employment opportunity for the black employee population at the DCMAE.

General Laws, Rules of Civil Procedure and Standing Orders and policies promulgated by the Administrative Office of the Massachusetts Trial Court.

My statement is submitted without malice or vindictiveness. On the contrary, I vote for leniency and compassion (see below recommendations) for Mr. Bloch. His family should not suffer for his misdeeds. I forgive his person but I do not condone his conduct, actions, behavior, insensitivities and the punishment and unjust collateral damage that his behavior allowed on so many.

Mr. Bloch was the government's catchall for fraud, waste, abuse and retaliation and there was an automatic presumption of reliance that he would protect and serve according to law. Instead, Mr. Bloch aided and abetted unimaginable and unconscionable conduct, demonstrated no compassion and a bone-marrow capability and propensity to cause great harm to others. It is hoped that my statement may allow Mr. Bloch to rediscover his conscience and may provide the impetus to serve as a constant and indelible reminder for Mr. Bloch to use his law license to inculcate a desire to help others in his future endeavors.

10

**RECOMMENDATIONS TO THE HONORABLE DEBORAH A. ROBINSON**
If the Honorable Court stands for the principle that "no one is above the law," I recommend that the conduct described in my submission should respectfully be referred to Criminal Division of the U.S. Department of Justice for investigation of continuing violations, obstruction of justice and other related crimes by the DCMAE so that a citizens grand jury may be convened under appropriate rules of legal remedy to take up the case.

I do not recommend a jail sentence or a monetary fine for Mr. Bloch. Mr. Bloch's family and children should not suffer, be punished or deprived in any way for his behavior. A monetary fine in any amount only takes away from his children and should not be imposed on his children's needs. I believe that Your Honor should show mercy and compassion to Mr. Bloch's family that he denied to so many others.

I recommend that, on behalf of the United States Justice Department, others and I be invited by the Justice Department, to present victim impact statements in open court on September 8, 2010.

_____

I recommend that Mr. Bloch should acknowledge, in open court, the depth and breadth of damage he caused and the cruel and unusual punishment that he could have stopped but did not. Unfortunately, given the choice of coming to the aid of defenseless government workers with families and children, Mr. Bloch and his accomplices only compounded their punishment.

I recommend that the court order Mr. Bloch to reveal the names of his accomplices at the OSC and the role they played in denying equal access to justice to those individual whistleblowers who were punished for complying with the law. Based on my direct knowledge, Mr. Bloch did not act alone and his accomplices should be held accountable.

I recommend that Mr. Bloch be ordered to read my 30-page affidavit so that he can absorb and retain the harm and damage done to others and me, with his approval and encouragement.

I recommend that Mr. Bloch acknowledge the verified conduct by writing a "no-mincing-of-words" appropriate written apology and essay for ignoring his obligation and responsibility under the law and his two oaths of office, including but not limited to addressing the social, moral, ethical and legal implications of not what he did, but _why_ he did what he did so that other government oversight officials may benefit from his admissions.

I believe that if this Honorable Court does not order the written apology, essay and give serious consideration to my recommendations then the conscious avoidance, false denials, manipulations, game playing and silence shall only encourage and allow the DCMAE's public corruption and criminal activity to continue, including the eventual, unwarranted and retaliatory termination of whistleblower,

Respectfully submitted,

Douglas K. Kinan

Attachments:
1. Resume of Douglas K. Kinan
2. Affidavit of Douglas K. Kinan
3.
4.
5.
6.
7.

cc:
Glenn S. Leon (AUSA)
U.S. Attorney's Office for the District of Columbia
555 4th Street, NW (Room 5235)
Washington, DC 20530

William M. Sullivan, Jr. (Counsel for Scott Bloch)
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006-3817

12

Eric H. Holder, Jr.
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Mr. Daniel Meyer
Director - Civilian Reprisal Investigations
400 Army Navy Drive - Suite 918A
Arlington, VA 22202-4704

John Moroney, Esq.
Ethics & Personnel Attorney
495 Summer Street
Defense Contract Management Agency - East
Boston, MA 02210

# Douglas K. Kinan

**COMMONWEALTH OF MASSACHUSETTS, MASSACHUSETTS TRIAL COURT, SUFFOLK PROBATE & FAMILY COURT,** 24 New Chardon Street, Boston, MA 02114
**Administrative Deputy** (March 2000 - June 2001)
**Operations Supervisor** (June 2001 - February 2007)
**Assistant Deputy Register (February 2007 - present)**
Under the direction of the Register of Probate, responsible for the administrative business of the court to include, budget, personnel information storage and retrieval systems (MassCourts), proposals, contracts, training, staffing, promotion and reclassification and the supervision and training of first line supervisors and leads in the performance of their duties. As Operations Supervisor, responsible for maintaining smooth flow of high traffic in the acceptance/processing of complex court transactions and providing technical procedural assistance for attorney and pro se plaintiffs/defendants. As Assistant Deputy Register, in accordance with Massachusetts General Laws and court policies, responsible for assisting Members of the Bar (and pro se's) in navigating the court process and ensuring sufficiency and accuracy of intake pleadings for five (5) probate court judges concerning all Family & Probate matters

**DEPARTMENT OF DEFENSE**, Defense Logistics Agency, Boston, MA (later named DCMA)
**Labor Relations/Classification Specialist** (1991 - 1994)
**Equal Employment Specialist** (1994 - 1998)
Responsible for Department of Defense activity associated with processing 29 CFR 1614, Title VII individual and class action complaints of employment discrimination and sexual harassment and monitoring complaint investigations toward final, legal sufficiency. Official DoD collateral function  Black Employment Program Manager

- Analyzed and evaluated informal and formal complaints with the primary focus on developing individual strategies toward ADR solutions.
- Negotiated and prepared settlement and mediation agreements in the resolve of EEO complaints
- Developed, implemented and administered training to EEO Counselors for District East
- Developed and implemented Standard Operating Procedures (SOP) for complaints processing in accordance with 29 CFR 1614 and EEO MD-110 and monitoring fact-finding investigations for District East

**DEPARTMENT OF DEFENSE,** DLA, Labor Relations/Classification Specialist (1991 - 1994)
Responsible for providing support services to management /supervision in the areas of employee relations, position classification/compensation, worker's compensation and employee benefit programs to insure consistent application of federal statutes and DoD regulations. Designated as Insurance Benefits Officer District East.

**HELIX TECHNOLOGY CORPORATION, Manager - Human Resources** (1987 - 1991)
Manufacturer of cryogenic refrigeration product lines and spare parts for industrial (70%) and military (30%) applications. Responsible for managing the Human Resources function of a 400-employee, mufti-plant TQM manufacturing operation and for providing support services to management in the areas of technical recruitment, employee relations, compensation, policy development, training, affirmative action, safety & workers compensation, workforce reductions and outplacement programs

- Implemented and managed a sourcing and recruitment program that effectively eliminated the high cost of advertising and agency fees resulting in savings of $350K over a two-year period
- Implemented and managed an experience-based pay program resulting in savings of $4 5 million in scrap, rework inventory and productivity improvement over a four-year period. Reduced manufacturing turnover by 26%.
- Maintained compliance and liaison with federal and state agencies  As Affirmative Action and Safety Officer continuously achieved compliance with OFCCP and OSHA audits.
- Monitored Worker's Compensation, safety and attendance & lost time control programs resulting in reduced workers compensation exposure
- Managed and monitored salary and performance review programs to ensure internally equitable and externally competitive compensation systems
- Designed, implemented and conducted supervisory skills training resulting in a positive employee relations environment to ensure supervisory adherence to corporate policies and procedures.

- Designed, automated and maintained HRIS database incorporating employment, affirmative action and turnover statistics, resulting in consolidated reporting and reduced administrative costs.

**COMMONWEALTH OF MASSACHUSETTS** (1983 - 1985)
**Director, Human Resources, Metropolitan District Commission** (1983 - 1985)
Responsible for directing a Human Resources program for the Water, Sewer, Parks and Police Divisions. Developed, implemented and managed key initiatives and policies in response to the emerging needs of the Commission.

- Administered and monitored large-scale civil service selection and promotional programs for the Water, Sewer, Parks and Police Divisions.
- Reclassified numerous M-4 thru M-11 positions, using HAY evaluation for Agency reorganization.
- Administered and monitored $1.5 million budget for summer/seasonal youth work programs. Designed and implemented a summer/seasonal work program resulting in increased summer youth work opportunities by 22.5% with no increase in budget appropriations.
- Monitored Culbreath Consent Decree and achieved court ordered hiring goals.
- Wrote special grant proposals and was successful in obtaining federal funding for special parks and recreational site safety improvement and beautification projects.
- Coordinated and implemented the automating and maintaining of PMIS for the Agency.
- Supervised the activities, performance and training of sixteen Human Resources employees.

**DEPARTMENT OF EMPLOYMENT & TRAINING** (1985 - 1987)
**Manager, Job Development & Training**
- Responsible for the advertising, marketing, promoting and job development of General Dynamics for placement-after-training graduates, vendor-training contracts, specialized job development and JTPA/OJT contract negotiations for the General Dynamics displaced worker program.
- Negotiated special vendor and on-the-job training contracts. Conducted periodic audits to ensure JTPA/OJT contract compliance.
- Implemented and coordinated direct placement job fairs to match employers and graduating employees toward direct placement opportunities.
- Designed, negotiated and implemented JTPA Electrician Training Program (graduated 105 out of 130).
- Provided counseling and designed job development/placement plans for semi-skilled displace workers.

**GOVERNOR'S TRANSITION TEAM, Deputy Personnel Director** (1982 - 1983)
Developed, designed and implemented extensive recruitment and selection activities to staff all levels of the incoming administration to include tax, security, educational and work record background checks.

**AMERICAN AIRLINES (Pensioned Retiree), TX** (1969 - 1982)
**Manager, Personnel Services** (1/1976 – 9/1982)
**Personnel Service Representative** (1969 - 1976)
Responsible for supervising, administering and monitoring the corporate personnel program for the Northeast Region to accomplish a wide range of personnel and labor/employee relations programs. Developed, implemented and conducted high volume recruitment campaigns and new employee orientation programs. Coordinated union and non-union layoffs, transfers and monitored recall activity. Developed and implemented job counseling workshops and outplacement programs. Conducted pre-retirement group benefit presentations and individual counseling and pension calculations, provided administrative support for regular retirees and administered early retirement program. Prepared regional Affirmative Action Plans, conducted desk and on-site audits and EO sourcing and recruitment. Administered all pay plans. Prepared, monitored and audited Affirmative Action Plans and Programs, EEO sourcing and recruitment consistent with EO11246, EO11375 and 41 CFR 60. Prepared grievance responses and interrogatories and represented the Company at hearings and other first-step legal proceedings.

**EDUCATION/PERSONAL**
Officer of the Massachusetts Trial Court - Qualification Oath Administered on February 7, 2007
Treasurer - Boston State Community Trust, Inc. - January 9, 2008 - present
Board of Directors, Member - Boston State Hospital Advisory Committee, Inc - 2005 - present
Labor Studies, University of Massachusetts
Certified Federal Mediator - Justice Resource Institute of Atlanta
Co-Trainer, Sexual Harassment, Massachusetts Commission Against Discrimination (MCAD)
Published Author, Employment Guidebook, 1979
Notary Public - Commission Expires March 17, 2011
Junior Achievement – Senior Advisor – Mentoring & Fostering Students' Entrepreneurial Skills – 1969 - 1975