**FILED**
**SEP -7 2010**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# COMMONWEALTH ENVIRONMENTAL SERVICES, LLC
"A Native American - Woman Owned Company"

Gary Vander Boegh, Vice President
Commonwealth Environmental Services, LLC
4645 Village Square Drive, St. F
Paducah, Kentucky 42001
Telephone: (270) 450-0850
Facsimile: (270) 450-0858

Case No. 10-215-M-01

LET THIS BE FILED
Deborah A. Robinson
U.S. Magistrate Judge
9/7/10

Magistrate Judge Deborah Robinson
Federal District Court
333 Constitution Avenue, NW
Washington, DC 20001

Re: <u>Bloch v. United States</u>, 10-CR-0215, statement on behalf of Department of Energy Sick Workers

Dear Judge Robinson,

As a Department of Energy (DOE) contractor nuclear whistleblower and one of many Department of Labor (DOL) sick nuclear worker advocates across the country, I have personal knowledge of violations of federal laws that have adversely affected the abilities of "conscientious, faithful and otherwise hardworking" federal workers from performing their job duties and responsibilities. These fears of retaliation and reprisals from their DOE superiors will be brought to the forefront during the pending jury trial for Case No. 5:10- CV-00031-R. Even though this case will highlight DOE upper level retaliations and reprisals that led to federal employees being "targeted" and having their careers threatened or destroyed, it is premature at this point to address them due to the pending federal trial in U.S. Western District Court in Paducah, Kentucky.

As the presiding Judge in case brought forward against the former head of the Office of Special Counsel (OSC) Scott Bloch, it is very important at this time for you to better understand how the Mr. Scott Bloch's failure to enforce the laws against "prohibited personal practices" (PPP) that resulted (and continue to occur) in blatant violations of Energy Employee Occupational Illness Compensation Program Act (EEOICPA) enacted by Congress to compensate sick nuclear workers for their illnesses resulting from their exposure to toxic substances and hazardous chemicals in the "federal" work place. Since Mr. Bloch would not protect federal workers from PPP's, federal workers were simply forced into violating the EEOICPA or be terminated. Since

1

my work as a sick nuclear worker advocate includes investigating and researching any adverse actions taken against federal workers and EEOICPA claimants, I must report to you that information has been provided to the Secretary of Labor Ms. Hilda Solis that confirms that DOE and DOL program officials participated in a scheme to deny claimants their rightful entitlements and medical benefits, as I mentioned during my July 19, 2010 presentation to the "National Press Club." By Mr. Scott Bloch failing to perform his statutory duties that in turn failed to protect federal workers from PPP's (should they attempt to enforce the EEOICPA), CES claimant               was virtually issued a "death sentence" in 2007 when Mr. Bloch allowed DOL and DOE managers to violate the EEOICPA with impudence even though Mr. Dennis had met the requirements of the EEOICPA and was in possession of a medical card that should have paid for his scheduled lung transplant, but instead was cancelled for an unknown reason approximately a week before his death.

As a former Lockheed Martin two time recipient of the "President's Awards" for operational excellence between 1995 and 1998, and current Vice President of Commonwealth Environmental Services, LLC, I have decided to bring the concerns of federal workers and sick nuclear workers to the forefront and "I will no longer stand by and do nothing while the illegal acts of a few affect the lives and careers of so many." We advocate for the many thousands of the prematurely deceased, disabled, or diseased workers and their survivors who trusted the Department of Energy (DOE) with their workplace health and safety as they built America's nuclear arsenal during the Cold War and whose trust was misplaced all too often.

Now they trust the Department of Labor (DOL) to faithfully implement the Energy Employee Occupational Illness Program Act (EEOICPA) of 2000 so they can get a measure of compensation for the harm they suffered in loyally doing their duty in Department of Energy facilities during the Cold War. For far too many, this is not happening.

For many years,               has been working to expose and stop what he reasonably believes is now 31 years of lawbreaking at the U.S. Office of Special Counsel (OSC).               is a safety engineer in the Department of Energy who has suffered much to do his duty to protect workers in Department of Energy (DOE) facilities. His efforts on behalf of DOE sick workers played a role, perhaps a significant role, in the passage of the EEOICPA. We understand you presided over aspects of <u>Carson v. Office of Special Counsel</u>, docket no. 05-537, D.D.C.

              has persuaded us that OSC has doubly betrayed the DOE sick workers - first when it failed to protect DOE employees like him as they tried to protect the health and safety of workers in DOE facilities and now, when it fails to protect Department of Labor (DOL) employees who try to faithfully implement the EEOICPA.[1]

---

[1] We are now trying to recruit a current or former DOL employee in its EEOICPA program who will submit a disclosure, per 5 U.S.C. §1213, to OSC describing how the Department of Labor has and is violating law, rule, and regulation in its implementation of the EEOICPA.

Scott Bloch was the head of OSC for almost five years, from January 2004 to October 2008. Instead of doing his positive legal duty to ensure OSC was an effective and law-abiding federal law enforcement agency in protecting federal employees - in DOE, DOL and elsewhere - from reprisal and other prohibited personnel practices (PPP's), he apparently used his position of special trust as a personal fiefdom and abused his authority, while letting loyal, patriotic federal employees suffer without the protection OSC is charged to provide. This enabled a corrosive, coercive workplace culture in the DOL offices responsible to faithfully execute the EEOICPA, which means DOE sick workers do not get the benefits they are due.

Mr. Bloch's malfeasance and corruption as Special Counsel harmed, indirectly at least, thousands of DOE sick workers who are not getting the compensation they deserve - because DOL employees are afraid of reprisal if they faithfully implement the EEOICPA. We hope you deem fit to impose the maximum sentence allowed by law on Mr. Bloch in order to send a message to OSC and future Special Counsels - America relies on OSC and the Special Counsel to faithfully and aggressively enforce its duties to protect loyal and patriotic federal employees from agency lawbreaking, so they can do their duties in a trustworthy fashion, per the merit system principles while being adequately protected from reprisal and other PPP's, in serving people as the DOE sick workers.

In conclusion, I attach recent communications directed to DOL Secretary Hilda Solis dated July 23, 2010 and the subsequent reply from                          submitted on her behalf by              dated August 10, 2010. From this communication, the DOL response provides you with a better understanding how these government officials "investigate" by requesting names of DOL employees whom they wish to control. Of course, their motives are not sincere and CES would never divulge names of DOE or DOL employees who would themselves be subject to PPP's. Until those responsible for engaging in PPP's are they themselves convicted of violating the laws and possibly removed to perhaps serve time in prison as is the case for Mr. Bloch, only then will the OSC be allowed to operate as intended and bring honesty, integrity, and "transparency" to end the corrupt system of retaliation and reprisals.

Respectfully,

Gary S. Vander Boegh
Vice President
Commonwealth Environmental Services, LLC

Attachments:

1/ Letter to Solis from GVB dated July 23, 2010
2/ Response to GVB dated August 10, 2010

## Certificate of service.

I certify that a copy of this letter was mailed to:

Glenn S. Leon (Assistant United States Attorney)
U.S. Attorneys Office for the District of Columbia
555 4th Street, NW
Washington, DC 20530


William M. Sullivan, Jr. (Attorney for Scott Bloch)
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006-3817

_____        _____8/17/10_____
Gary S. Vander Boegh                                  /Date/