HOWARD F. FLOCH, M.D.

*LET THIS BE FILED*
*[signature]*
*Deborah A. Robinson*
*U.S. Magistrate Judge*
*9-7-10*

August 20, 2010

Case No. 10-215-M-01

Magistrate Deborah Robinson
Federal District Court
333 Constitution Avenue NW
Washington, DC 20001

**FILED**

**SEP -7 2010**

Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

RE:  Sentencing of Scott Bloch

Dear Judge Robinson:

I am writing in support of sentencing the above individual, the former special counsel, to mandatory jail time.  As a federal employee, I believe that Mr. Bloch was required to take an oath to defend the laws of this great country.  Obviously, Mr. Bloch has pleaded guilty to violation of these laws by destruction of the complaints of whistleblowers who are punished by the agencies for which they worked.  It has been stated by many that the smooth working of the federal government is ensured by moral and ethical people who will not tolerate "fraud and abuse" on the part of other government workers.  It is customary for the various agencies to punish these people up to and including job loss and withholding of salary.  The OSC and the MSPB has been set up to allegedly protect said whistleblowers against these punishments.  It is quite clear that in this regard these agencies have been a dismal failure (actually with the permission of the appellate court which allegedly hears but never changes these punishments).  Scott Bloch has been caught and admitted that he, himself, took part in the career destruction of many of these whistleblowers as evidenced by the fact that he had destroyed documents about them so that he could not present this to a congressional inquiry.  In essence, he is guilty of the murder of many careers in the federal government.  The short jail term mandated by the charge to which he has pleaded guilty is minimal compared to the transgressions he has committed.  If he is not sentenced to jail time, this will help make a mockery of the so called laws protecting whistleblowers.  Thank you for your consideration.

Respectfully yours,

*[signature] Howard Floch, MD*

Howard F. Floch, M.D.

**RECEIVED**

AUG 2 4 2010

Chambers of
Magistrate Judge Robinson