

LET THIS BE FILED
*Deborah A. Robinson*
U.S. Magistrate Judge
9/7/10

August 20, 2010

Magistrate Judge Deborah Robinson

Federal District Court, D.C.

333 Constitution Ave, NW

Washington, DC 20001

**FILED**

SEP -7 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Case No. 10-215-M-01

Judge Robinson:

Attached is a statement I would like to have included in the case of <u>Bloch v. United States</u>, docket no. 10-cr-0215. I had considerable opportunity to interact with Mr. Bloch and his staff at the Office of Special Counsel (OSC). My dealings spanned the time period 2003-2008. The conduct of Mr. Bloch during that time period was reprehensible. I want to now voice my opinion about what I think to be a legitimate sentence for his wrongdoings--to me and many other OSC victims.

Thank you in advance for your time and attention in this important matter. And, please, feel free to contact me at 615-896-2755 if you need additional information. I do not want to miss this opportunity to speak up about a person who I feel is sorely overdue for some just punishment.

Sincerely,

*Jeffrey E. Condit, Ph.D.*

Jeffrey E. Condit, Ph.D.
Licensed Clinical Psychologist

**RECEIVED**

AUG 2 4 2010

Chambers of
Magistrate Judge Robinson

This letter is being sent as a proposed addition to the *amicus curiae* brief in the case of <u>Bloch v. United States</u>. The case is being tried in the Federal District Court, Washington, D.C. before the bench of Judge Deborah Robinson as docket No. 10-CR-0215.

It is my strong opinion that Mr. Scott Bloch needs to serve time in prison for his wrongdoings as the head of the Office of Special Counsel. By his action or inaction he had a profound adverse effect on the lives of many people left in his wake—people, like me, who innocently and in good faith sought the services of his office. I think that I am representative of many of his victims. I had no idea when I first contacted his office years ago that my life would change so dramatically and so negatively. I hold Mr. Bloch responsible for helping to cause these changes and I wish for him to experience the full, negative consequences of doing so.

I was a unique federal employment commodity. I was recruited by the VA because of my personal experiences with military combat (as a drafted soldier) and my considerable research and clinical experience with war-related Post Traumatic Stress Disorder (PTSD). I knew my subject matter well and became an invaluable asset to both the VA and the U.S. Army. More than most of my colleagues I was able to identify true vs. feigned cases of PTSD, was able to expertly treat the valid cases and, throughout the entire process, saved countless amounts of taxpayer monies.

In total, I served over 50 years with the VA and the Army and, throughout both careers I always received exemplary annual performance evaluations. I NEVER had a superior in either agency raise a concern about me or my work.

Then, in 2002, I witnessed VA patients being neglected and, in some cases, being abused by clinical staff. Some patients were found with live maggots in their ear canals, others had two-week old feces on their bodies and clothes and still others were physically and verbally abused by nursing staff. My personal and professional ethics demanded that I not ignore these matters. I followed all of the prescribed reporting protocols starting at the lowest level possible. I backed up all of my allegations with incident reports and findings from in-house investigations. Further, I had empirical research completed by a team of clinical staff under my supervision. My results clearly showed that the work environment had become both clinically untenable and unsafe for both patients and staff alike. And, the inescapable reason for all of the problems was simple: the clinical staff had been significantly reduced in size by the regional manager. In short, there simply was not enough staff to perform even basic patient services.

The local and regional administrators reacted to my charges swiftly and harshly. I was first excluded from key administrative and clinical activities then I was repeatedly passed over for well-deserved promotions. I turned to the OSC for help in 2003, 2004, 2005, 2006, 2007 and 2008. Each time, I alleged that the administration was guilty of using Prohibited Personnel Practices (PPP) to reprise against me for "whistle blowing". In response to each of my complaints the OSC responded with a letter indicating that they found NO JUSTIFICATION for investigation of my charges. These conclusions were drawn without ANY communication with me personally or ANY request from me for clarifying information. In one case, I filed a PPP complaint after the hospital Associate Director instructed all Personnel Staff, in writing, to not provide me any information about a position I had applied for. This was brazen employment discrimination and should have been a "no brainer" for the OSC. But, that complaint was ignored completely. OSC staff simply signed for my certified letter then took no other action.

The costs stemming from the changed, punitive attitude of VA administrators coupled with the complete lack of help from Mr. Bloch's OSC were substantial. The time, money and energy spent were, by themselves, significant. But, and perhaps most important, was my troubling development of

symptoms of PTSD. For a first time, I incredibly began having nightmares about my Vietnam experiences and I developed symptoms of depression, anxiety, irritability and insomnia. At my wife's insistence I sought out psychiatric help. Independently, a Psychiatrist and a Psychologist diagnosed my condition as a delayed form of combat-related PTSD—a condition that was sparked by current, extreme life stress.

Based on my research and decades of clinical experience the diagnosis was valid. As explained to me, the stress "membrane" that was originally weakened by 12 months of intense combat was finally broken by years of unrelenting stress at home. The stress of graduate school, of supporting a family of 3 for 30+ years was apparently small in comparison to what I suffered at the hands of the VA and Mr. Bloch. To this day, I have to receive a combination of psychotherapy and several psychotropic medications. I also developed medical ails such as high blood pressure and was counseled by my family physician to consider quitting my work with the VA. With her support and that of my family, I retired early from the VA in 2006. Later, I had my psychiatric diagnoses corroborated by VA mental health professionals and they rated me as being 50% disabled from PTSD.

I need to underscore the fact that a major portion of the stress was engendered by Mr. Bloch's office. Under law, he and his staff were supposed to act as a resource to me. But, they became the exact opposite. They were a significant, additional element of frustration to me and one that was rivaled only by the main agency I complained about (i.e. the VA).

I strongly feel that there should a significant cost leveled against individuals like Mr. Bloch--individuals who blatantly break the law and, in the process, cause major problems for others. I am but one of many cases in which serious life problems began AFTER the OSC was sought out for help. Mr. Bloch has to be held accountable for this. I realize that Mr. Bloch was found guilty of destroying computer records. To me, it is not a great stretch to conjecture about the contents of those records. His conduct was damaging in incalculable ways to an unknown number of persons like me who took the risk and spoke up against a bad federal agency. And, these damages were felt not only by the individual "whistleblowers" involved but also by the loved ones and family members who had to interact with them on a daily basis. I can cite a long list of OSC victims who I personally met whose family relationships were strained to the point of divorce. Bankruptcy was another common outcome. All of this was traceable to the stress engendered by a reprising agency (e.g. the VA) working in collusion with an unlawful, incompetent OSC headed by Mr. Bloch. Mr. Bloch should now be required to pay.

I know from years of clinical experience with individuals like Mr. Bloch that mere probation would have minimal effect on him. He would interpret such a mild consequence as validation of the fact that he really didn't do anything that "bad". A stiffer punishment, like jail time, would carry with it the message that what he did was, indeed, "bad" and that it had far reaching, long-lasting consequences for his many, many victims. Please, don't let this man off. The daily news is filled with case after case of individuals in our society who commit egregious acts and walk free. As a Psychologist, a parent and a law-abiding citizen I ask that you not allow this to happen. Please, put Mr. Bloch in jail and let him experience, firsthand, how it feels to have one's life altered dramatically.

Thank you so much for your time and consideration in this important matter.

Jeffrey E. Condit, Ph.D.

2

**FILED**

Federal District Court for the District of Columbia

SEP -7 2010

Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Docket 10-CR.-215 |
| | ) | |
| **SCOTT BLOCH** | ) | Magistrate Deborah Robinson |
| | ) | |
| **Defendant** | ) | |

### Declaration of Proposed Amicus

Upon information and belief, and under penalty of perjury, I declare as follows:

I request that I and/or my organization be included as an additional signatory to the *amicus* briefadmitted on July 23, 2010 in the above entitled matter. I understand that this brief requests judicial notice of whether or not Mr. Bloch, as U.S. Special Counsel from January 2004 Senate confirmation to his October 2008 resignation, provided adequate protection from reprisal and other prohibited personnel practices within the meaning of 5 U.S.C. 2302(b) regarding to his agency's own federal employees and to those of all other federal employees to which he was mandated by law to protect.

I appreciate the opportunity for me to attach additional information relevant to the sentencing of Mr. Bloch in his plea bargain to one count of Contempt of Congress.

Respectfully submitted,

*[signature]*  08-11-10

Name                             Date-Contact email

Copy to: Federal Ethics Center, 8310 Wagon Wheel Road, Alexandria, VA 22309