IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 10-MJ-00215-01 (DAR) |
| v. : | |
| SCOTT J. BLOCH : | |
| **Defendant.** : | |

GOVERNMENT'S UNOPPOSED MOTION
TO DISMISS PURSUANT TO FED R. CRIM. P. 48(a)

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves to dismiss in the above-captioned case the information against defendant Scott Bloch without prejudice.

1. The government charged the defendant by Information with one count of misdemeanor Contempt of Congress in violation of 2 U.S.C. § 192.

2. The defendant pled guilty to this count on April 27, 2010.

3. Prior to sentencing, the defendant moved to withdraw his guilty plea. After subsequent litigation, the defendant was allowed to withdraw his guilty plea to the single count charged in the Information filed in this matter. *See* Minute Order by Magistrate Deborah A. Robinson, dated June 19, 2012 ("[B]y an order filed on August 2, 2011, Defendant was permitted to withdraw his plea. . . . In the interim, no other charge has been filed, and no proceedings have been scheduled; accordingly, Defendant is not on release pending sentencing, and has not been since August 2, 2011, the date on which he was permitted to withdraw his plea.")

4. In light of the fact that the defendant has been allowed to withdraw his guilty plea to the

single count charged in the Information filed in this matter, the government respectfully moves pursuant to Fed. R. Crim. P. 48(a) to dismiss the Information against the defendant in the above-captioned case without prejudice.

5. Concurrent with this Motion to Dismiss, the government is filing a new Information.

6. Counsel for the defendant does not oppose the government's motion to dismiss without prejudice.

    Respectfully submitted,

    RONALD C. MACHEN JR.
    UNITED STATES ATTORNEY
    D.C. BAR NUMBER 447-889
    555 4th Street, N.W., 5th Floor
    Washington, D.C. 20530
    (202) 514-6600

By: _____
    DEBORAH L. CONNOR
    D.C. BAR NUMBER 452-414
    Assistant United States Attorney
    Chief, Fraud and Public Corruption Section
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 552-7871
    Deborah.Connor@usdoj.gov

    _____/s/_____
    GLENN S. LEON
    New York Bar. Reg. No.: 2621589
    Special Assistant U.S. Attorney
    Fraud and Public Corruption Section
    1400 New York Ave. N.W.
    Washington, D.C. 20530
    (202) 598-2239
    Glenn.S.Leon@usdoj.gov